plaintiff to demur to said counts; no costs of this appeal to either party. *Held*, that the remedy of the plaintiff, the counts being hypothetical, is by demurrer, and not by motion to strike out. (*McCormick* v. *Pickering*, 4 Comst., 276; *Conger* v. *Johnston*, 2 Den., 96; Code of Civ. Pro., §§ 494, 783.)

---

ADOLPH G. MARSCHULTZ AND ANOTHER, APPELLANTS, *v.* CORNELIUS McGREERY, RESPONDENT.

Declined to be heard, because the papers submitted contain no notice of appeal to this court, and no case signed or settled by the referee or ordered to be filed.

---

ANSON WELLS, RESPONDENT, *v.* WATERTOWN FIRE IN-SURANCE COMPANY, APPELLANT.

This being moved as a preferred cause under subdivision 8 of section 791 of the Code of Civil Procedure, and it appearing that the action was brought upon a policy of insurance against loss by fire, *Held*, that it is not entitled to preference. HARDIN, J., not sitting. *Studwell* v. *Charter Oak Ins. Co.* (19 Hun, 127), not concurred in.

---

HORACE B. CLAFLIN AND OTHERS, APPELLANTS, *v.* HUGH H. WILLIAMS, RESPONDENT.

Order of Special Term affirmed, with $10 costs, and disburse-ments.

---

PENELOPE CHAPPELL, APPELLANT, *v.* SUSANNA HUE-BENER, RESPONDENT.

Order appealed from affirmed, with $10 costs, and disbursements.

---

ANSON WELLS, RESPONDENT, *v.* WATERTOWN FIRE INSURANCE COMPANY, APPELLANT.

Judgment affirmed, HARDIN, J., not sitting.

---

WILLIAM D. MURRAY AND ANOTHER, RESPONDENTS, *v.* BER-THA REDELL, APPELLANT.

Judgment and order reversed, and case remitted to the Superior Court of Buffalo for a new trial, costs to abide event. *Held*, that